Benjamin H. Haber (Cal. Bar No. 315664)
benjamin.haber@wilshirelawfirm.com
Talar DerOhannessian (Cal. Bar No. 311687)
talar.derohannessian@wilshirelawfirm.com
Kareen Shatikian (Cal. Bar No. 346554)
kareen.shatikian@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
660 S. Figueroa Street, Sky Lobby
Los Angeles, CA 90017
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Attorneys for Plaintiff
TRAVIS ROBERTS

[Counsel continued on next page.]

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS ROBERTS, individually, and on behalf of other members of the general public similarly situated,<br><br>    *Plaintiff*,<br><br>    v.<br><br>PROTECH ELECTRONICS, LLC, a Texas limited liability company; and DOES 1 through 10, inclusive,<br><br>    *Defendants*. | Case No. 2:24-cv-7648-JLS-MAA<br><br>Judge:    Hon. Josephine L. Staton<br>Courtroom:    8A, 8th Floor<br><br>**JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)**<br><br>**SUPPORTING DOCUMENTS:**<br>Declaration of Kareen Shatikian; and [Proposed] Order<br><br>Action Filed: July 23, 2024<br>Removal Date: September 6, 2024<br>Trial Date: Not Set |

MORGAN, LEWIS & BOCKIUS LLP
Carrie A. Gonell, Bar No. 257163
Nancy Nguyen, Bar No. 301677
600 Anton Boulevard, Suite 1800
Costa Mesa, CA  92626-7653
Tel:   +1.714.830.0600
Fax:   +1.714.830.0700
carrie.gonell@morganlewis.com
nancy.nguyen@morganlewis.com

Attorneys for Defendant
PROTECH ELECTRONICS, LLC

JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Travis Roberts ("Plaintiff") and Defendants Protech Electronics, LLC ("Defendant") (Plaintiff and Defendant shall be referred to collectively herein as "the Parties"), by and through their respective undersigned counsel, hereby dismiss this action without prejudice and without court order pursuant to this stipulation signed by all parties who have appeared (the "Stipulation"), as described below:

**WHEREAS,** on July 23, 2024, Plaintiff, individually, and on behalf of other members of the public similarly situated, filed a class action lawsuit in the Superior Court of California, County of Los Angeles, case number 24STCV18315, against Defendant (the "Action");

**WHEREAS,** on September 6, 2024, Defendant removed the current Action to the United States District Court for the Central District of California, where the case is assigned as 2:24-cv-7648-JLS-MAA;

**WHEREAS,** the Parties desire to settle, fully, and finally, all claims Plaintiff individually might have against Defendant;

**WHEREAS,** after meeting and conferring with Defendant, Plaintiff has agreed to settle his individual claims with Defendant;

**WHEREAS,** under the settlement, Plaintiff is receiving consideration for dismissal of his individual claims and Plaintiff's counsel is receiving consideration for attorneys' fees and costs associated with Plaintiff's individual claims, and no consideration has been provided to Plaintiff or Plaintiff's Counsel, including any fees or costs for dismissing the class claims without prejudice;

**WHEREAS,** Plaintiff has agreed to dismiss the class claims without prejudice;

**WHEREAS,** Plaintiff has not moved for class certification and no class has been certified in this Action, no notice has been individually sent to putative class members in this Action, and none of the putative members will be prejudiced by dismissal of the class claims without prejudice, in the absence of notice. Additionally,

///

Plaintiff's individual claims are being released as part of the settlement and Plaintiff will not have standing to represent a class;

**WHEREFORE,** Plaintiff and Defendant, all by and through their respective counsel, hereby stipulate that Plaintiff's individual claims be dismissed with prejudice and the class claims be dismissed without prejudice;

**WHEREFORE**, each Party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

Dated: July 28, 2025

Respectfully submitted,

**WILSHIRE LAW FIRM**

By: */s/ Kareen Shatikian*
    Benjamin H. Haber
    Talar DerOhannessian
    Kareen Shatikian

Attorneys for Plaintiff

Dated: July 28, 2025

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

By: */s/ Nancy Nguyen*
    Carrie A. Gonell
    Nancy Nguyen

Attorneys for Defendant